UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| KIMBERLY A. CARTER ) | So Ordered |
| ) | |
| Plaintiff, ) | |
| v. ) | No. 4:12CV 1758 RWS   usdj. |
| ) | 2/20/13 |
| GENERAL REVENUE CORPORATION ) | |
| ) | |
| Defendant. ) | **JURY TRIAL DEMANDED** |

### STIPULATION FOR DISMISSAL

IT IS HEREBY STIPULATED AND AGREED that this action should be dismissed with prejudice, each party to bear its own costs.

RESPECTFULLY SUBMITTED:

**/s/ Nathan K. Bader**

NATHAN K. BADER #64707MO
RICHARD A. VOYTAS, Jr., #52046MO
JAMES W. EASON  #57112MO
Eason & Voytas, LLC
1 North Taylor Avenue
St. Louis, Missouri 63108
Phone: (314) 932-1066
Fax:    (314) 667-3161